**Order entered July 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00116-CR
No. 05-14-00117-CR
No. 05-14-00118-CR
No. 05-14-00119-CR
No. 05-14-00120-CR

**JOE VENEGAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-41694-P, F12-70510-P, F12-70556-P,**
**F13-18616-P, F13-18769-P**

## ORDER

The Court **REINSTATES** the appeals.

On April 22, 2014, we ordered the trial court to make findings of fact regarding why the clerk's and reporter's records had not been filed. On May 1, 2014, we received the reporter's record. On July 9, 2014, we received the last of the clerk's records. Therefore, in the interest of expediting the appeals, we **VACATE** the April 22, 2014 order requiring findings.

We **GRANT** appellant's July 7, 2014 motion to extend time to file his brief. We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/  DAVID EVANS
    JUSTICE